**Electronically Filed
Supreme Court
SCWC-24-0000118
16-APR-2025
08:19 AM
Dkt. 10 ODAC**

SCWC-24-0000118

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF

THE ESTATE OF THEODORE STUPAK, DECEASED.
(CAAP-24-0000118; 1CLP-21-0000287)

---

IN THE MATTER OF

THE THEODORE STUPAK REVOCABLE LIVING TRUST
DATED MAY 19, 2005, AS AMENDED AND RESTATED
(CAAP-24-0000119; 1CTR-22-0000135)

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's application for writ of certiorari, filed on March 3, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, April 16, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens